RECEIVED

SEP - 8 2005
mol
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Cr. A. No. 05-30014-01** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARNER D. WILLIAMS** | **MAG. JUDGE KAREN L. HAYES** |

**ORDER**

Upon consideration,

IT IS ORDERED that Defendant's "Motion to Remove Detainer by the United States

Marshall [sic]" [Doc. No. 29] is DENIED.

Monroe, Louisiana, this ____8____ day of ___September___, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE