


# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-30014 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| WARNER D. WILLIAMS | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's § 2255 motion (Document No. 33) is DISMISSED Without Prejudice to Defendant reasserting it after the Fifth Circuit has ruled on his direct appeal.

THUS DONE AND SIGNED this 19 day of January, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION