RECEIVED
IN MONROE, LA
JUL 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30014 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARNER D. WILLIAMS | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Warner D. Williams' Motion to Vacate, Set Aside, or Reduce Sentence (Document No. 44) is hereby DENIED and DISMISSED WITH PREJUDICE AS FRIVOLOUS.

THUS DONE AND SIGNED this 31 day of July, 2007, in MONROE, LOUISIANA.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE