RECEIVED
IN MONROE, LA
JUL 3 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 05-30014-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARNER D. WILLIAMS | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Upon consideration,

IT IS ORDERED that Warner D. Williams' Motion for Clarification of the Court's Order [Doc. No. 49] is GRANTED IN PART and DENIED IN PART. Williams has asked the Court to "clarify its ruling and to provide an answer to the list of [ten] questions" in his motion.

With regard to question 1, Williams' motion is GRANTED. As of this date, the Court has entered final judgment in this matter, and Williams may appeal that final judgment to the United States Court of Appeals for the Fifth Circuit if he wishes.

With regard to question 2, Williams' motion is also GRANTED. There was no need for Williams to waive trial before the undersigned because Magistrate Judge Karen L. Hayes did not rule on his Section 2255 claims. Instead, she issued a Report and Recommendation, which was adopted by this Court.

With regard to questions 3-10, Williams' motion is DENIED. Although styled "questions" he wishes the Court to answer, Williams is actually objecting to Magistrate Judge Hayes' analysis and raising the same issues he has previously raised. The Court has engaged in a review of the record, Williams' objections, and Magistrate Judge Hayes' Report and

Recommendation and finds no need to revisit the issues again raised by Williams.

MONROE, LOUISIANA, this  31  day of  July , 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE