RECEIVED
IN MONROE, LA

OCT 1 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 3:05CR30014-01** |
| **VERSUS** | **JUDGE JAMES** |
| **WARNER D. WILLIAMS** | **MAGISTRATE JUDGE HAYES** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:


Signed at _____Monroe_____, Louisiana, this __18__ Day of __October__, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE