U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

.IAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-30014 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARNER D. WILLIAMS | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 75], together with the written objections thereto filed with this Court [Doc. No. 76], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Warner D. Williams' motion to vacate, set aside, or correct sentence [Doc. No. 73] is construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 and is DENIED AND DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 20 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE